IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL NO. 15-14810 BB
L.T. NO. 14-23897 (GAYLES)

CORY CLEVELAND and
ANN CLEVELAND

    Plaintiffs/Appellants,

vs.

KERZNER INTERNATIONAL RESORTS, INC.,
a Florida Corporation; KERZNER INTERNATIONAL
BAHAMAS LIMITED, a Bahamian Company;
KERZNER INTERNATIONAL LIMITED, a Bahamian
Company; ISLAND HOTEL COMPANY
LIMITED, a Bahamian Company; PARADISE
ISLAND LIMITED, a Bahamian Company; and
BROOKFIELD ASSET MANAGEMENT, INC.,
a Canadian Company

    Defendants/Appellees.
_____/

## APPELLANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INITIAL BRIEF

### I. Certificate of Interested Persons and Corporate Disclosure Statement

In compliance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1 to 26.1-3, Appellants, CORY CLEVELAND and ANN CLEVELAND, pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, certify that the following is a complete list of all persons and entities known to Appellants to have an interest in the outcome of this action:

1

1. Akerman LLP

2. Brookfield Asset Management Inc., (stock symbol BAM) a publicly traded company

3. Cleveland, Ann (Plaintiff/Appellant)

4. Cleveland, Cory (Plaintiff/Appellant)

5. Fiore, Kristen M. (Akerman, LLP, Counsel for Defendants/Appellees);

6. Fox, Gary D. (Stewart Tilghman Fox Bianchi & Cain, P.A, Counsel for Plaintiffs/Appellants)

7. Garay, Gabriel A. (Law Offices of Robert L. Parks, P.L., Counsel for Plaintiffs/Appellants)

8. Gayles, Darrin P. Hon. (United States District Court Judge)

9. Island Hotel Company Limited

10. Kerzner International Bahamas Limited

11. Kerzner International Limited

12. Kerzner International Resorts, Inc.

13. Law Offices of Robert L. Parks, P.L.

14. Levine, Michael (Stewart Tilghman Fox Bianchi & Cain, P.A, Counsel for Plaintiffs/Appellants)

15. Malvin, Tamara S. (Akerman, LLP, Counsel for Defendants/Appellees)

16. Paradise Island Limited

17. Parks, Robert L. (Law Offices of Robert L. Parks, P.L. Counsel for the Plaintiffs/Appellants)

18. Stewart Tilghman Fox Bianchi & Cain, P.A,

## II. Appellants' First Unopposed Motion for Extension of Time to Serve Initial Brief

Appellants, CORY CLEVELAND and ANN CLEVELAND pursuant to Eleventh Circuit Rules 27-1 and 31-2, file this First Unopposed Motion for Extension of Time to Serve Initial Brief, and respectfully request a forty-five (45) day extension of time, up through and including January 21, 2016, within which to serve their Initial Brief, and state the following as good cause for this motion:

1. Appellants' brief is currently due on December 7, 2015.

2. Preparation of the Initial Brief has been interrupted by numerous trial and other matters that require undersigned counsel's immediate attention, including but not limited to:

    a. Attendance and preparation for an expert deposition on November 10, 2015 in the wrongful death matter of *Akturk v. Yamaha Motor Corporation, U.S.A., et. al.*, Case No. 13-00855 K currently pending in Circuit Court for Monroe County, Florida;

    b. Attendance and preparation for two depositions on December 1, 2015 in Dallas, Texas in a wrongful death matter of *Recao/Moncada v. Bell Helicopter Textron, Inc.*, Case No. 14-00782 currently pending in

3

United States District Court, Northern District of Texas;

c. Attendance and preparation for an expert deposition on December 2, 2015 in the wrongful death matter of *Akturk v. Yamaha Motor Corporation, U.S.A., et. al.*, Case No. 13-00855 K currently pending in Circuit Court for Monroe County, Florida;

d. Attendance at a hearing in the matter of *Karoussos v. Port Lucaya Marina Company, Ltd.*, Case No. 2014/CLE/gen/0100 on November 17, 2015 in Freeport, Grand Bahama, The Bahamas;

e. Attendance by Attorney Robert L. Parks at an Everglades Foundation Chairman's Advisory Council Meeting from November 18, 2015 through November 21, 2015; and

f. Attorney Robert L. Parks pre-planned, pre-paid travel out of the city November 24, 2015 through November 27, 2015.

3. The Law Offices of Robert L. Parks, P.L. is a two attorney firm.

4. Undersigned counsel's office has contacted Defendants/Appellees counsel, Tamara S. Malvin, Esq. and Ms. Malvin has no objection to the relief sought in this motion.

5. This motion is being filed in good faith and not for purposes of delay.

WHEREFORE, Appellants, CORY CLEVELAND and ANN CLEVELAND, respectfully request an extension of time, up through and including January 21, 2016

4

within which to serve their initial brief.

Respectfully submitted,

**THE LAW OFFICES OF ROBERT L. PARKS, P.L**
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone: (305) 445-4430
Fax: (305) 445-4431
Email: gabe@rlplegal.com
bob@rlplegal.com

By: _/s/ Gabriel A. Garay_
Gabriel A. Garay
Florida Bar No. 103303
Robert L. Parks
Florida Bar No. 61436

*Attorney for the Plaintiffs/Appellants, Cory Cleveland and Ann Cleveland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Email this 9th day of November, 2015 to all counsel listed on the Service List below.

_/s/ Gabriel A. Garay_
Gabriel A. Garay, Esq.
Florida Bar No. 103303

## SERVICE LIST

Tamara S. Malvin, Esq.
Kristen M. Fiore, Esq.
AKERMAN, LLP
Las Olas Centre II, Suite 1600
350 E Las Olas Blvd
Fort Lauderdale, Florida 33301
tamara.malvin@akerman.com
kristen.fiore@akerman.com

*Counsel for Defendants/Appellees*


Gary D. Fox, Esq.
Florida Bar No. 224243
gfox@stfblaw.com
Michael Levine, Esq.
Florida Bar No. 107363
mlevine@stfblaw.com
STEWART TILGHMAN
FOX BIANCHI & CAIN, P.A.
One Southeast Third Avenue, Suite 3000
Tel:   (305) 358-6644
Fax:   (305) 358-4707
mdiblasi@stfblaw.com

*Counsel for Plaintiffs/Appellants*