IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

USCA Case No. 15-14810
United States District Court, Southern District of Florida
Case No.:  1:14-cv-23897-DPG

CORY CLEVELAND and ANN CLEVELAND,

Plaintiffs/Appellants,

v.

KERZNER INTERNATIONAL RESORTS, INC., KERZNER INTERNATIONAL BAHAMAS LIMITED, KERZNER INTERNATIONAL LIMITED, ISLAND HOTEL COMPANY LIMITED, PARADISE ISLAND LIMITED, and BROOKFIELD ASSET MANAGEMENT, INC.,

Defendants/Appellees.

**APPELLEES' MOTION FOR EXTENSION OF TIME
TO SERVE AND FILE ANSWER BRIEF**

| | |
|---|---|
| TAMARA S. MALVIN (0072758) | KRISTEN M. FIORE (25766) |
| **AKERMAN LLP** | **AKERMAN LLP** |
| Las Olas Centre II, Suite 1600 | 106 E. College Ave., Suite 1200 |
| 350 East Las Olas Boulevard | Tallahassee, Florida 32301 |
| Fort Lauderdale, Florida 33301-2229 | Telephone:  (850) 224-9634 |
| Telephone:  (954) 463-2700 | Facsimile:   (850) 222-0103 |
| Facsimile:   (954) 463-2224 | kristen.fiore@akerman.com |
| tamara.malvin@akerman.com | |

**ATTORNEYS FOR APPELLEES**

{37243566;1}

USCA Case No. 15-14810

United States District Court, Southern District of Florida
Case No. 1:14-cv-23897-DPG

Cory Cleveland, et al. v. Kerzner International Resorts, Inc., et al.

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Appellees, KERZNER INTERNATIONAL RESORTS, INC., KERZNER INTERNATIONAL BAHAMAS LIMITED, KERZNER INTERNATIONAL LIMITED, ISLAND HOTEL COMPANY LIMITED, PARADISE ISLAND LIMITED, and BROOKFIELD ASSET MANAGEMENT, INC., by and through their undersigned counsel, hereby disclose the following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock:

1. Akerman LLP (Attorneys for Defendants/Appellees);

2. BREF Bahamas, Ltd. is a Bahamian company that wholly owns Island Hotel Company, a Defendant/Appellee;

3. Brookfield Asset Management, Inc. (Defendant/Appellee) is a publicly traded company and is listed on the New York Stock Exchanges as BAM;

USCA Case No. 15-14810

United States District Court, Southern District of Florida
Case No. 1:14-cv-23897-DPG

Cory Cleveland, et al. v. Kerzner International Resorts, Inc., et al.

4.  Cleveland, Ann (Plaintiff/Appellant);

5.  Cleveland, Cory (Plaintiff/Appellant);

6.  Corboy & Demetrio, PC (Attorneys for Plaintiffs/Appellants);

7.  Fiore, Kristen M. (Attorney for Defendants/Appellees);

8.  Fox, Gary D. (Attorney for Plaintiffs/Appellants);

9.  Garay, Gabriel A. (Attorney for Plaintiffs/Appellants);

10. Gayles, Darrin P. (U.S. Dist. Judge) (S.D. Fla.);

11. Island Hotel Company Limited (Defendant/Appellee) is a Bahamian company and subsidiary of BREF Bahamas, Ltd.;

12. Jenkins, Matthew T. (Attorney for Plaintiffs/Appellants);

13. Kerzner International Bahamas Limited (Defendant/Appellee) is a Bahamian company that no longer conducts business;

14. Kerzner International Limited (Defendant/Appellee) is a Bahamian company;

USCA Case No. 15-14810

United States District Court, Southern District of Florida
Case No. 1:14-cv-23897-DPG

Cory Cleveland, et al. v. Kerzner International Resorts, Inc., et al.

15. Kerzner International Resorts, Inc. (Defendant/Appellee) is a Florida corporation;

16. The Law Offices of Robert L. Parks, PL (Attorneys for Plaintiffs/Appellants);

17. Levine, Michael (Attorney for Plaintiffs/Appellants);

18. Malvin, Tamara S. (Attorney for Defendants/Appellees);

19. Paradise Island Limited (Defendant/Appellee) is a Bahamian company;

20. Parks, Robert L. (Attorney for Plaintiffs/Appellants);

21. Robbins, Jonathan S. (Attorney for Defendants/Appellees);

22. Stewart Tilgham Fox Bianchi & Cain, PA (Attorneys for Plaintiffs/Appellants).

# APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE AND FILE ANSWER BRIEF

Appellees, KERZNER INTERNATIONAL RESORTS, INC., KERZNER INTERNATIONAL BAHAMAS LIMITED, KERZNER INTERNATIONAL LIMITED, ISLAND HOTEL COMPANY LIMITED, PARADISE ISLAND LIMITED, and BROOKFIELD ASSET MANAGEMENT, INC., pursuant to Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Rule 31-2, move for a 30-day extension of time to serve and file their answer brief and state:

Appellants Cory Cleveland and Ann Cleveland served their initial brief on January 21, 2016. Appellees' answer brief must be served and filed by February 23, 2016. Due to counsel's current case load and the undersigned's intervening out-of-town travel plans, Appellees seek a 30-day extension of time in which to serve and file their answer brief. This is Appellees' first request for an extension, and it is not made for purposes of delay.

Certificate of Consultation. Pursuant to Eleventh Circuit Rule 26-1, counsel for the Appellees conferred with counsel for the Appellants who represented they do not oppose the extension.

WHEREFORE, for the reasons expressed above, Appellees respectfully request this Court extend Appellees answer brief deadline 30 days to March 24, 2016.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>/s/ Kristen M. Fiore</td></tr>
<tr><td>TAMARA S. MALVIN (0072758)<br>AKERMAN LLP<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>tamara.malvin@akerman.com</td><td>KRISTEN M. FIORE (25766)<br>AKERMAN LLP<br>106 E. College Ave., Suite 1200<br>Tallahassee, Florida 32301<br>Telephone: (850) 224-9634<br>Facsimile: (850) 222-0103<br>kristen.fiore@akerman.com</td></tr>
</table>

**ATTORNEYS FOR APPELLEES**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 1, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this case whom are registered through the CM/ECF.

/s/ Kristen M. Fiore
KRISTEN M. FIORE

{37243566;1}　　　　2